United States District Court
Southern District of Texas
**ENTERED**
May 23, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDWARDO GARZA, individually and on behalf of all others similarly situated, § § § | Civil Action No. | |
| *Plaintiff* § | | |
| v. § | 4:17-cv-00515 | |
| OAKMONT MAINTENANCE and § | | |
| RENTALS COMPANY § | | |
| *Defendant* § | | |

### ORDER:

### MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL OF CLAIMS

Before the Court is the parties' *Motion for Approval of Settlement Agreement* in the above entitled and numbered action. After consideration of the motion and review of the Parties' proposed Settlement Agreements, the Court is of the opinion that the proposed Settlement Agreements represents a fair and reasonable resolution of a bona fide dispute, such that Motion for Approval of Settlement Agreements should be **GRANTED**.

It is **ORDERED**, **ADJUDGED**, and **DECREED** that the Settlement Agreements submitted to the Court as Exhibit A & B to the *Motion for Approval of Settlement Agreement* is approved.

Because no other party has opted in Case No. 4:17-cv-00515 at the time of the parties' settlement and this Court's approval, and Plaintiffs no longer has any interest in representing potential opt-in plaintiffs in making this voluntary settlement, the remaining claims being moot are hereby **DISMISSED**.

**SIGNED** and **ENTERED** this 22nd day of May, 2017.

U.S. District Court Judge